United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLAVIA VALDES JIMENEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02353 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On March 24, 2026, Petitioner Flavia Valdes Jimenez ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #1. On April 20, 2026, Respondents filed an Advisory stating that they planned to remove Petitioner to Mexico "after (5) five days of the date of this advisory." Doc. #5. Petitioner has not responded to the Advisory but has since filed a Response to Respondents' Motion for Summary Judgment. Doc. #7.

The parties are ORDERED to file a status report no later than May 25, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 1 9 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge